CO-386-online
10/03

# United States District Court
# For the District of Columbia

Knight First Amendment Institute at Columbia University; American Civil )
)
)
)
Plaintiff )
vs )
)
Department of Defense; Department )
of the Army; Central Intelligence )
Agency; Department of Justice; )
Defendan )

Civil Action No. 1:18-cv-1129

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __the plaintiffs__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Jameel Jaffer_ /by [signature]
Signature

MI0067
BAR IDENTIFICATION NO.

Jameel Jaffer
Print Name

475 Riverside Drive, Suite 302
Address

New York, NY 10115
City    State    Zip Code

(646) 745-8500
Phone Number