UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>      Defendants. | No. 18-cv-1129 |

**NOTICE OF APPEARANCE OF
ADDITIONAL COUNSEL FOR PLAINTIFFS**

The Clerk will please note the appearance of the undersigned as additional counsel for the plaintiffs.

                                  /s/ *Arthur B. Spitzer*
                                  Arthur B. Spitzer (D.C. Bar No. 235960)
                                  American Civil Liberties Union of the District of Columbia
                                  915 15th Street, NW – 2nd floor
                                  Washington, DC 20005
                                  Tel. (202) 457-0800
                                  Fax (202) 457-0805
                                  aspitzer@acludc.org

May 12, 2018