Civil Action No.   18-cv-01129-EGS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*          Department of the Treasury

was received by me on *(date)*          05/16/2018          .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

    I served the summons on the Department of the Treasury by USPS certified mail on May 18, 2018.          .

My fees are $   0.00   for travel and $  0.00   for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  05/29/2018

                                         *Server's signature*

                              Helen Zhong, Administrative Coordinator/Paralegal
                                         *Printed name and title*

                                         475 Riverside Drive, Suite 302
                                         New York, NY 10115
                                         *Server's address*

Additional information regarding attempted service, etc: