




Proof of service/delivery confirmation for 1:18-cv-01129 Knight Institute, et al v. Dept. of Defense, et al.







## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package  +

Remove ✕

**Tracking Number:** 70171000000061281697

**Expected Delivery on**

**THURSDAY**
**24** MAY 2018 ⓘ | by **8:00pm** ⓘ

✓ **Delivered**

May 24, 2018 at 5:38 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70171000000061281680

**Expected Delivery on**

**Expected Delivery on**

# WEDNESDAY
# 23 MAY 2018 ⓘ  by 8:00pm ⓘ

## ✓ Delivered

May 23, 2018 at 9:19 am
Delivered, To Agent
WASHINGTON, DC 20310

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281666            Remove ✕

**Expected Delivery on**

# THURSDAY
# 24 MAY 2018 ⓘ  by 8:00pm ⓘ

## ✓ Delivered

May 24, 2018 at 6:31 am
Delivered
WASHINGTON, DC 20505

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281536                    Remove ✕

**Expected Delivery on**

**THURSDAY**
**24** MAY 2018 ⓘ | by **8:00pm** ⓘ

### ⊘ Delivered

May 24, 2018 at 6:31 am
Delivered
WASHINGTON, DC 20505

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281703                    Remove ✕

**Expected Delivery on**

**THURSDAY**
**24** MAY 2018 ⓘ | by **8:00pm** ⓘ

 **Delivered**

May 24, 2018 at 5:38 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281673                                    Remove ✕

**Expected Delivery on**

**THURSDAY** | by
**24** MAY 2018 ⓘ | **8:00pm** ⓘ

 **Delivered**

May 24, 2018 at 6:00 am
Delivered
WASHINGTON, DC 20520

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281550                                    Remove ✕

**Expected Delivery on**

**WEDNESDAY**

**23** MAY 2018 ⓘ  |  by **8:00pm** ⓘ

### ⊘ Delivered

May 23, 2018 at 8:49 am
Delivered, To Agent
WASHINGTON, DC 20585

Get Updates ⌄

See More ⌄

Remove ✕

**Tracking Number:** 70171000000061281574

**Expected Delivery on**

**THURSDAY**

**24** MAY 2018 ⓘ  |  by **8:00pm** ⓘ

### ⊘ Delivered

May 24, 2018 at 5:38 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281543                                   Remove ✕

**Expected Delivery on**

**THURSDAY**
**24** MAY 2018 ⓘ   | by **8:00pm** ⓘ

## ✓ Delivered

May 24, 2018 at 3:52 am
Delivered, To Agent
WASHINGTON, DC 20220

Get Updates ⌄

See More ⌄

**Tracking Number:** 70171000000061281567                                   Remove ✕

**Expected Delivery on**

**WEDNESDAY**
**23** MAY 2018 ⓘ   | by **8:00pm** ⓘ

# Delivered

May 23, 2018 at 11:32 am
Delivered, To Agent
WASHINGTON, DC 20528

Get Updates

See More

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfir**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.