# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 18-1129 (EGS) |
| v. ) ) | |
| DEPARTMENT OF DEFENSE, *et al.* ) ) | |
| Defendants. ) | |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT SCHEDULING ORDER

Defendants Department of Defense ("DOD"), Department of the Army ("Army"), Central Intelligence Agency ("CIA"), Department of Justice ("DOJ"), DOJ, Office of Legal Counsel ("OLC"), DOJ, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), Department of State ("State"), Office of the Director of National Intelligence ("ODNI"), Department of the Air Force ("Air Force"), United States Coast Guard ("Coast Guard"), Drug Enforcement Administration ("DEA"), Department of Homeland Security ("DHS"), Defense Intelligence Agency ("DIA"), Department of Energy ("DOE"), Department of the Treasury ("Treasury"), Marine Corps, Department of the Navy ("Navy"), National Geospatial-Intelligence Agency ("NGIA"), National Reconnaissance Office ("NRO"), and National Security Agency ("NSA") (collectively, "Defendants") respectfully move this Court for a three-week extension of time, *i.e.*, from November 30, 2018, through and including December 21, 2018, to file a Joint Scheduling Order on behalf of the parties in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In support of their motion, Defendants state the following:

1.	Plaintiffs, Knight First Amendment Institute at Columbia University ("Knight First Amendment Institute"), American Civil Liberties Union ("ACLU"), and American Civil Liberties Union Foundation (collectively, "Plaintiffs") filed this suit alleging that Defendants, 20 Executive Branch agencies, violated FOIA by failing to release records relating to Defendants' respective pre-publication review processes. *See id.* Plaintiffs' challenge three separate FOIA responses, each of which has several subparts.

2.	On August 9, 2018, Defendants filed an Answer to the Complaint. *See* Answer, ECF No. 22. On October 2, 2018, this Court issued a Minute Order directing the parties to meet and confer and proposed a joint scheduling order to be filed with the Court on or before November 30, 2018.

3.	Since the filing of the Court's October 2, 2018 Order, counsel for the parties have had several discussions regarding the status of the 20 separate Executive Branch agencies' respective responses to Plaintiffs' FOIA requests, including whether and to what extent Plaintiffs' requests may be narrowed and issues attendant to Defendants' proposed production schedules.

4.	To effectively and comprehensively respond to the Court's request for a Joint Scheduling Order, Defendants request a three-week extension of time, *i.e.*, from November 30, 2018, through and including December 21, 2018, to file the parties' Joint Scheduling Order. Good cause exists for this request, including undersigned counsel's work responsibilities in other matters for which there have been court deadlines over the last two weeks, including an opening summary judgment motion and a motion to dismiss, and four additional deadlines, including two motions to dismiss, one opposition to a

preliminary injunction motion, and one opening summary judgment motion in the next two weeks. Given the press of business, undersigned counsel respectfully requests additional time with which to consult with agency counsel and in turn with Plaintiffs' counsel.

5. In accordance with the Local Rules, counsel for Defendants conferred with Plaintiffs' counsel regarding the relief requested in this motion. Plaintiffs' counsel informed the undersigned that they consent to Defendants' request.

6. Accordingly, Defendants respectfully request that the Court extend the parties' time to file a Joint Scheduling Order from November 30, 2018, through and including December 21, 2018. A proposed order is attached.

Dated:  November 30, 2018            Respectfully submitted,

                                                           JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 5375
Washington, DC 20001
Tel: (202) 305-8628
Fax: (202) 305-8517
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served to all counsel of record via the Court's CM/ECF system on this 30th day of November, 2018.

*/s/ Tamra T. Moore*
TAMRA T. MOORE
