**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>DEPARTMENT OF DEFENSE, *et al.* )<br><br>Defendants. ) | Civil Action No. 18-1129 (EGS) |

**[PROPOSED] ORDER**

In consideration of Defendants' Consent Motion for Extension of Time to Submit the Parties' Joint Scheduling Order, it is HEREBY ORDERED that Defendants' Motion is GRANTED.

It is FURTHER ORDERED that in accordance with the directions set forth in this Court's October 2, 2018 Order, the parties shall submit a Joint Scheduling Order on or before December 21, 2018.

Dated: _____, 2018        _____
                                   UNITED STATES DISTRICT JUDGE