# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* ) ) ) ) | |
| Plaintiffs,  ) | Civil Action No. 18-1129 (EGS) |
| )  v.  ) ) | |
| DEPARTMENT OF DEFENSE, *et al.* ) ) | |
| Defendants.  ) | |

## **[PROPOSED] ORDER**

In consideration of the Joint Motion for Extension of Time to File Status Report, it is HEREBY ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that the parties shall file a Joint Status Report no later than February 11, 2019.

Dated: _____, 2019

_____
UNITED STATES DISTRICT JUDGE