**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 18-1129 (EGS) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF DEFENSE, *et al.* ) ) | |
| Defendants. ) | |

**NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS**

On January 28, 2019, this Court granted the parties' joint motion for extension of time, which requested the extension of the deadline for the filing of the parties' Joint Status Report from January 25, 2019, through and including February 18, 2019, as a result of the lapse of appropriations for the Department of Justice and many of the Defendant agencies. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and many of the Defendant agencies, and the Department has now resumed its usual civil litigation functions. Pursuant to the Court's January 28, 2019 Minute Order, the deadline for filing the parties' Joint Status Report is February 18, 2019. Accordingly, the parties will file their Joint Status Report on or before February 18, 2019.

Dated:  January 28, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, Room 5375
Washington, DC 20001
Tel: (202) 305-8628
Fax: (202) 305-8517
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served to all counsel of record via the Court's CM/ECF system on this 28th day of January, 2019.

*/s/ Tamra T. Moore*
TAMRA T. MOORE