**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 18-1129 (EGS) |
| v. | ) ) | |
| DEPARTMENT OF DEFENSE, *et al.* | ) ) | |
| Defendants. | ) | |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**
**TO SUBMIT JOINT SCHEDULING ORDER**

Defendants Department of Defense ("DOD"), Department of the Army ("Army"), Central Intelligence Agency ("CIA"), Department of Justice ("DOJ"), DOJ, Office of Legal Counsel ("OLC"), DOJ, National Security Division ("NSD"), Federal Bureau of Investigation ("FBI"), Department of State ("State"), Office of the Director of National Intelligence ("ODNI"), Department of the Air Force ("Air Force"), United States Coast Guard ("Coast Guard"), Drug Enforcement Administration ("DEA"), Department of Homeland Security ("DHS"), Defense Intelligence Agency ("DIA"), Department of Energy ("DOE"), Department of the Treasury ("Treasury"), Marine Corps, Department of the Navy ("Navy"), National Geospatial-Intelligence Agency ("NGIA"), National Reconnaissance Office ("NRO"), and National Security Agency ("NSA") (collectively, "Defendants") respectfully move this Court for short, two-day extension of time, *i.e.*, from February 18, 2019, through and including February 20, 2019, to file a Joint Scheduling Order on behalf of the parties in this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. In support of their motion, Defendants state the following:

1.     Plaintiffs, Knight First Amendment Institute at Columbia University ("Knight First Amendment Institute"), American Civil Liberties Union ("ACLU"), and American Civil Liberties Union Foundation (collectively, "Plaintiffs") filed this suit alleging that Defendants, 20 Executive Branch agencies, violated FOIA by failing to release records relating to Defendants' respective pre-publication review processes. *See id*. Plaintiffs' challenge three separate FOIA responses, each of which has several subparts.

2.     Defendants filed an Answer to Plaintiffs' Complaint, *see* Answer, ECF No. 22, and shortly thereafter, this Court issued an Order requiring counsel for the parties to propose a Joint Scheduling Order.

3.     Counsel for the parties have had several discussions regarding the status of the 20 separate Executive Branch agencies' respective responses to Plaintiffs' FOIA requests, including whether and to what extent Plaintiffs' requests may be narrowed and issues attendant to Defendants' proposed production schedules.

4.     To that end, Defendants respectfully request a short extension of time, *i.e.*, from February 18, 2019, through and including February 20, 2019, to file the parties' Joint Scheduling Order.  Good cause exists to grant this request.  Defendants have been working diligently to provide Plaintiffs with information about their respective processing of Plaintiffs' three separate FOIA requests and need a few additional days to complete this task.

5.     In accordance with the Local Rules, counsel for Defendants conferred with Plaintiffs' counsel regarding the relief requested in this motion.  Plaintiffs' counsel informed the undersigned that they consent to Defendants' request.

6. Accordingly, Defendants respectfully request that the Court extend the parties' time to file a Joint Scheduling Order from February 18, 2019, through and including February 20, 2019. A proposed order is attached.

Dated: February 18, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 305-8628
Fax: (202) 305-8517
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served to all counsel of record via the Court's CM/ECF system on this 18th day of February, 2019.


*/s/ Tamra T. Moore*
TAMRA T. MOORE