# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* | ) ) ) ) |
| *Plaintiffs*, | ) Civil Action No. ) 18-1129 (EGS) |
| v. | ) ) |
| DEPARTMENT OF DEFENSE, *et al.* | ) ) |
| *Defendants*. | ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Processing Schedule or, in the Alternative, a Status Conference, and any submissions in opposition thereto and in support thereof, it is hereby ORDERED that:

1. Plaintiffs' motion is GRANTED.

2. The CIA shall process and produce all non-exempt responsive records by July 16, 2019.

3. The DHS shall process and produce all non-exempt responsive records by June 25, 2019.

SO ORDERED.

Dated: _____, 2019

_____
HONORABLE EMMET G. SULLIVAN
United States District Judge