## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.* | ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 18-1129 (EGS) |
| v. | ) ) ) |
| DEPARTMENT OF DEFENSE, *et al.* | ) ) |
| Defendants. | ) |

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PROCESSING SCHEDULE OR, IN THE ALTERNATIVE, A STATUS CONFERENCE

Defendants respectfully move this Court for short, two-day extension of time, *i.e.*, from June 4, 2019, through and including June 6, 2019, to file Defendants' Opposition to Plaintiffs' Motion For A Processing Schedule Or, In the Alternative, Status Conference. In support of their motion, Defendants state the following:

1. This is a Freedom of Information Act (FOIA) case.  In the parties' May 20, 2019 Amended Status Report, Plaintiffs informed the Court that they intended to file a motion for a processing schedule or, in the alternative, status conference, which they filed on May 21, 2019.  *See* Pls.' Mot. for a Processing Schedule Or, In the Alternative, Status Conference ("Pls.' Mot. for a Processing Schedule"), ECF No. 34.  Defendants' opposition to Plaintiffs' motion is currently due today, June 4, 2019.

2. Defendants request a short extension of time, *i.e.*, from June 4, 2019, through and including June 6, 2019, to file Defendants' opposition.  Counsel for

Defendants had been out of the office on extended leave for most of the month of May and needs only two additional days to complete Defendants' opposition brief.

3. Undersigned counsel conferred with Plaintiffs' counsel via e-mail regarding the relief requested in this motion and offered to consent to an equivalent extension of time for the filing of Plaintiffs' reply brief. Plaintiffs' counsel informed undersigned counsel that Plaintiffs consent to Defendants' request and in turn request a two-day extension of time, *i.e.*, from June 11, 2019, through and including June 13, 2019, to file their reply brief.

4. Accordingly, Defendants respectfully request that the Court extend Defendants time to file their Opposition to Plaintiffs' Motion for a Processing Schedule from June 4, 2019, through and including June 6, 2019; and extend Plaintiffs time to file their Reply in Support of Plaintiffs' Motion for a Processing Schedule from June 11, 2019, through and including June 13, 2019. A proposed order is attached.

Dated:  June 4, 2019                                       Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Tamra T. Moore*
TAMRA T. MOORE
District of Columbia Bar No. 488392
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel: (202) 305-8628
Fax: (202) 305-8517
E-mail: tamra.moore@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served to all counsel of record via the Court's CM/ECF system on this 4th day of June, 2019.

*/s/ Tamra T. Moore*
TAMRA T. MOORE