# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br><br>Plaintiffs<br><br>v.<br><br>DEPARTMENT OF DEFENSE et al.<br><br>Defendants | Civil Action No. 18-1129 (EGS) |

## DECLARATION OF ALEX ABDO

I, Alex Abdo, a member of the Bar of the State of New York, declare under penalty of perjury as follows. I am an attorney with the Knight First Amendment Institute at Columbia University, and I represent the plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Reply in Support of Motion for a Processing Schedule or, in the Alternative, a Status Conference. Attached to this declaration are true and correct copies of the following documents:

DHS Response Letter (June 3, 2019)............................................A

Email from Knight Institute to Counsel for Defendants
(Aug. 31, 2018)............................................................................B

Email from Knight Institute to Counsel for Defendants
(May 18, 2018) ...........................................................................C

Dated: June 13, 2019                    Respectfully submitted,

                                         /s/ *Alex Abdo*
                                        Alex Abdo