# EXHIBIT A:
# DHS Response Letter (June 3, 2019)

U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

*Privacy Office, Mail Stop 0655*

June 3, 2019

**SENT VIA E-MAIL TO:** helen.zhong@knightcolumbia.org

Helen Zhong
Knight First Amendment Institute
475 Riverside Drive, Suite 302
New York, NY 10115

Re:   **18-cv-01129**
      ***Knight First Amendment Institute, et al. v. DHS, et al.***
      **Release for DHS FOIA Litigation No. 2018-HQLI-00027**

Dear Ms. Zhong:

This is our response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), received on June 4, 2018.

For this production, the DHS reviewed 1,482 pages. After review of those 1,482 pages, the DHS has determined to release nine pages in full. Further, DHS has determined to withhold in full or in part 393 pages, pursuant to FOIA Exemptions (b)(4), (b)(5), (b)(6), and (b)(7)(c). Additionally, the DHS has determined that seven pages of records require consultation with another Agency. The DHS will advise you further when we receive the consulted records. Finally, the DHS has determined that 1,073 pages of records are non-responsive to your litigation and have excluded these records from this production.

If you have any questions regarding this release, please contact Assistant U.S. Attorney Tamra T. Moore, United States Department of Justice, Civil Division via email at tamra.moore@usdoj.gov .

Sincerely,

Bradley E. White
FOIA Appeals and Litigation

Enclosed: 402 pages