**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KNIGHT FIRST AMENDMENT | ) | |
| INSTITUTE AT COLUMBIA | ) | |
| UNIVERSITY, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 18-1129 (EGS) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF DEFENSE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE STATUS REPORT**

On May 20, 2019, the parties to this Freedom of Information Act ("FOIA") action filed an Amended Joint Status Report, *see* ECF No. 33, informing the Court about, *inter alia*, the status of Defendants' processing of Plaintiffs' multiple FOIA requests and requesting that the Court order the parties to file a new Status Report on July 12, 2019.  On May 21, 2019, Plaintiffs filed a motion for a processing schedule or, in the alternative, a status conference, concerning Defendant CIA's processing of Plaintiffs' FOIA requests, s*ee* Pls.' Mot. for a Processing Schedule or, in the Alternative, Status Conference ("Pls.' Mot. for a Processing Schedule"), ECF No. 35, which Defendants opposed, *see* Defs.' Opp. to Pls.' Mot. for a Processing Schedule, ECF No. 38. The Court has not yet ruled on the parties' request to file a Joint Status Report on July 12, 2019, nor Plaintiffs' pending motion. However, the parties now need some additional time to file an updated status report.  Accordingly, out of an abundance of caution, the parties respectfully request a short extension of time, *i.e.*, from July 12, 2019, through and including July 18, 2019, to file their next Status Report.  In support of the present motion, the parties state the following:

1.      On May 20, 2019, the parties filed an Amended Status Report, which informed the Court about the status of Defendants' processing of Plaintiffs' multiple FOIA requests.

2.      A day after the parties filed their May 20, 2019 Amended Status Report, Plaintiffs filed a motion for a processing schedule or, in the alternative, status conference, concerning Defendant CIA's processing of Plaintiffs' FOIA requests, s*ee* Pls.' Mot. for a Processing Schedule, ECF No. 34, which Defendants opposed on June 6, 2019, *see* Defs.' Opp. to Pls.' Mot. for a Processing Schedule, ECF No. 38.  The briefing on Plaintiffs' motion has been completed since June 13, 2019.  *See* Pls.' Reply in Supp. of Pls.' Mot. for a Processing Schedule, ECF No. 39.

3.      On July 1, 2019, Defendant CIA produced an interim response to Plaintiffs' FOIA requests, reflecting a review of 462 out of 1,746 remaining potentially responsive records.

4.      The parties seek a short extension of time, *i.e.*, from July 12, 2019, through and including July 18, 2019, to file their Joint Status Report.  The parties request this short extension as a result of the press of other work commitments.

5.      Accordingly, the parties respectfully request that the Court grant them until July 18, 2019 to file a Joint Status Report.  A proposed order is attached.

Dated: July 12, 2019                              Respectfully submitted,

| | |
|---|---|
| _/s/ Jameel Jaffer_____<br>Jameel Jaffer (D.C. Bar No. MI0067)<br>Alex Abdo (admitted *pro hac vice*)<br>Knight First Amendment Institute<br>at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115 | JOSEPH H. HUNT<br>Assistant Attorney General,<br>Civil Division<br><br>MARCIA BERMAN<br>Assistant Branch Director |

| | |
|---|---|
| (646) 745-10115<br>alex.abdo@knightcolumbia.org<br><br>Brett Max Kaufman<br>American Civil Liberties Union<br>125 Broad Street—18th Floor<br>New York, NY 10004<br>T: 212.549.2500<br>F: 212.549.2654<br>bkaufman@aclu.org<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union<br>  of the Nation's Capital<br>4301 Pennsylvania Avenue, NW,<br>Suite 434<br>Washington, D.C. 20008<br>T: 202.457.0800<br>F: 202.457.0805<br>artspitzer@aclu-nca.org<br><br><br>*Counsel for Plaintiffs* | */s/ Tamra T. Moore*_____<br>TAMRA MOORE<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 305-8628<br>Fax: (202) 305-8517<br>Tamra.Moore@usdoj.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served to all counsel of record via the Court's CM/ECF system on this 12th day of July, 2019.


*/s/ Tamra T. Moore*
TAMRA T. MOORE