IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>          Defendants. | Case No. 18-1129 (EGS) |

## MOTION TO EXTEND DEADLINE FOR REQUESTING ATTORNEY'S FEES

Plaintiffs Knight First Amendment Institute at Columbia University, American Civil Liberties Union, and American Civil Liberties Union Foundation (collectively, "Plaintiffs") respectfully request that the Court extend their deadline to file a motion for attorney's fees and costs by sixty days. The government consents to the requested extension of time.

On July 29, 2022, the parties jointly filed a Stipulation of Dismissal, wherein Plaintiffs agreed to dismiss with prejudice their claims against all Defendants, while reserving their right to seek an award of attorney's fees and other costs. *See* Dkt. 56.

Plaintiffs intend to seek fees and costs in this matter. Federal Rule of Civil Procedure 54(d)(2)(B)(i) states that a motion for attorney's fees must be filed no later than 14 days after the entry of judgment. The parties have conferred and intend to negotiate a resolution of Plaintiffs' claim for fees, thereby avoiding the need to file a motion with the Court. Accordingly, the government consents to extending Plaintiffs' deadline by sixty days.

Therefore, Plaintiffs respectfully request that this Court extend their deadline for filing a motion for attorney's fees and costs to seventy-four days after the filing of the stipulation of dismissal, or Tuesday, October 11, 2022.

Dated: August 1, 2022

Respectfully submitted,

/s/ *Ramya Krishnan*
Ramya Krishnan (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
ramya.krishnan@knightcolumbia.org

Brett Max Kaufman
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Pennsylvania Avenue, NW,
Suite 434
Washington, D.C. 20008
T: 202.457.0800
F: 202.457.0805
artspitzer@aclu-nca.org

*Counsel for Plaintiffs*

2