IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY, *et al.*,

    Plaintiffs,

v.

DEPARTMENT OF DEFENSE, *et al.*,

    Defendants.

Case No. 18-1129 (EGS)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to extend their deadline for requesting attorney's fees, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED**. Plaintiffs shall file their motion for attorney's fees on or before Tuesday, October 11, 2022.

Dated: _____

                                                Hon. Emmet G. Sullivan
                                                United States District Judge